THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROY FURNESS, Appellant.— Motion to dismiss appeal from order denying motion for a new trial on the ground of newly-discovered evidence granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM LA PIERRE, Petitioner, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for permission to appeal to the Appellate Division as a poor person on typewritten papers, and to have an attorney assigned to prosecute the appeal, denied, with leave to renew if the moving papers are accompanied by the proposed typewritten record. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of HARRY KENNEDY, Appellant, against CORDES ARYRAULT & Co., INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— The claimant fell from a ladder. Compensation was paid for general disability for a short period following the injury. This appeal is from a decision disallowing a claim for the loss of vision of the right eye caused by detached retina. The medical evidence as to causal relation is conflicting. The determination of the question of fact was for the Board. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.